# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sharon D Harden,<br><br>            Plaintiff,<br><br>v.<br><br>Rachel Mitchell,<br><br>            Defendant. | NO. CV-23-01005-PHX-GMS (JFM)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed October 3, 2023, Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

                                                              Debra D. Lucas
                                                              District Court Executive/Clerk of Court

November 16, 2023

                                                              s/ Cindy Lett
                                                        By    Deputy Clerk